UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| | | |
|---|---|---|
| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | ( ) |
| TELEPHONE ( ) | PRETRIAL CONFERENCE | (✓) |
| ACTUAL (✓) | DISCOVERY | ( ) |
| | STATUS | ( ) |
| | SETTLEMENT | ( ) |
| | SCHEDULING | ( ) |

DATE & TIME: Wednesday, March 14, 2007 @ 9:30 a.m.

CASE NUMBER: 3:CR-05-164

CAPTION:    USA v. James Sykes

COUNSEL FOR GOVERNMENT:         Francis P. Sempa, Esquire

COUNSEL FOR DEFENDANT:          Charles Witaconis, Esquire

---

**CONFERENCE RESULTS:**

(1)   It appears all of the discovery motions are mooted. Witaconis to check and advise. Sempa to provide Grand Jury evidence;

(2)   Sempa offering a plea agreement which would run any federal sentence concurrently with a state sentence in New York - leaving the defendant with several years additional federal time;

(3)   Jury selection set for May 21, 2007 @ 8:30 a.m.;

(4)   Counsel to advise on (2) above.